IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-109-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| HOLLY MICHELE HEDBERG, | |
| Defendant. | |

For the reasons stated on the record on August 19, 2021,

**IT IS HEREBY ORDERED** that the Change of Plea Hearing set for Thursday, August 19, 2021 at 2:30 p.m., is **VACATED** and **RESET** to commence on **Tuesday, August 24, 2021 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that the Bond Revocation Hearing set for August 19, 2021 at 2:30 p.m., is **VACATED** and **RESET** to commence on **Tuesday, August 24, 2021 at 1:30 p.m.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 19th day of August, 2021.

SUSAN P. WATTERS
United States District Judge

1