IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLY MICHELE HEDBERG,<br><br>Defendant. | CR 20-109-BLG-SPW<br><br><br>**ORDER CORRECTING GUIDELINE CALCULATION AND AMENDING CERTAIN PARAGRAPHS OF THE PRESENTENCE REPORT** |

It has come to the court's attention that the base offense level used in calculating the Defendant's Advisory Sentencing Guideline Range at the sentencing hearing today, January 6, 2022 is incorrect.   Counsel and the court relied on an outdated sentencing guidelines manual.

Over the defendant's objection, the court found the Defendant responsible for 1,283.7 grams of actual methamphetamine.   Pursuant to the 2018 Guidelines Manual, the defendant's base offense level is 34.   (USSG Section 2D1.1(3) at least 500 G but less than 1.5 KG of Methamphetamine (actual)).

The court and counsel also determined the defendant qualified for the "safety valve" pursuant to USSG Section 5C1.2.a (1-5).

1

Therefore, the defendant's correct sentencing guideline range is 87 – 108 months imprisonment.   The court imposed a sentence of 60 months imprisonment followed by five years supervised release.   That oral pronouncement of judgment remains in effect.

The following paragraphs of the Presentence Report must be amended to comply with the court's guideline calculation:   paragraph 18 should read 34; paragraph 19 should read -2; paragraph 23 should read 32; paragraph 27 should read 29; paragraph 58 should be revised to reflect the defendant meets the safety valve criteria as set forth in USSG Section 5C1.2(a) (1-5); paragraph 59 should be revised to reflect a total offense level of 29 and a guideline imprisonment range of 87-108 months; and, paragraphs 75-77 should be omitted from the presentence report.

Counsel for the parties have been contacted regarding this order and, except for any objections stated on the record regarding the correct base offense level to be applied, have no objection to this order and the corrected guideline calculations and amendments to the presentence report contained herein.

DATED this __6th__ day of January, 2022.

SUSAN P. WATTERS
United States District Judge

2